■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDD ROBINSON, Appellant. [632 NYS2d 1006] —Judgment unani-

mously affirmed (see, People v Pellegrino, 60 NY2d 636; People v Warren, 47 NY2d 740). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Robbery, 1st Degree.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.